WILLIAM KINSEY, Respondent, *v.* WILLIAM SPENCER & SON CORPORATION et al., Appellants.

Argued May 25, 1939; decided June 19, 1939.

*William B. Davis* and *James E. Turner* for William Spencer & Son Corporation, appellant.

*Irving Katz* for Frank Scotto, appellant.

*Ralph Stout, Louis Rothbard* and *Max Schier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.